■ ZURICH AMERICAN INSURANCE COMPANY, Respondent, v SONY CORPORATION OF AMERICA et al., Appellants, and MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA et al., Respondents, et al., Defendants. [6 NYS3d 915]—An appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, New York County (Jeffrey K. Oing, J.), entered on or about February 24, 2014, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated April 9, 2015, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Tom, J.P., Acosta, Andrias, Moskowitz and Kapnick, JJ.